UNITED STATES v. AULTMAN CO. (Circuit Court of Appeals, Sixth Circuit. December 31, 1906.) No. 1,563. In Error to the District Court of the United States for the Northern District of Ohio. John J. Sullivan, U. S. Atty. John P. Morley, for defendant in error.

PER CURIAM. Action for penalty for violation of alien contract law. Judgment below for defendant affirmed, on opinion of Tayler, District Judge. See 143 Fed. 922.

---

UNITED STATES v. WALKER. (Circuit Court of Appeals, Fifth Circuit. November 3, 1906.) No. 1,511. In Error to the United States Circuit Court for the Middle District of Alabama. For opinion below, see 139 Fed. 409. W. S. Reese, Jr., U. S. Atty., J. Sternfeld, Asst. U. S. Atty., and E. J. Parsons, U. S. Atty. W. A. Gunter, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. For the reasons given by the judge in the court below, the judgment of the Circuit Court is affirmed.

---

VICTOR TALKING MACH. CO. et al. v. LEEDS & CATLIN CO. SAME v. TALK–O–PHONE CO. (Circuit Court of Appeals, Second Circuit. October 12, 1906.) Nos. 166, 167. Appeals from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 146 Fed. 534. Louis Hicks, for appellants. Horace Pettitt, for appellees. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Orders affirmed in open court.

---

WERCKMEISTER v. AMERICAN LITHOGRAPHIC CO. et al. (Circuit Court of Appeals, Second Circuit. December 11, 1906) No. 102. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 142 Fed. 827. Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. Affirmed in open court.